UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY** | **CIVIL ACTION NO. 10-222** |
| **VERSUS** | **JUDGE MELANÇON** |
| **RICHARD BUSWELL, ET AL.** | **MAGISTRATE JUDGE HANNA** |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, it is therefore

**ORDERED** that the Clerk of Court disburse the interpleader funds in accordance with Amended Schedule A to the Motion, which is incorporated by reference into this Order, and to provide the Magistrate Judge with an accounting of the checks that have been distributed and cashed by the recipients 30 days after disbursement. After the Court determines that there are any unclaimed funds that are unlikely to ever be claimed, any party to this action may petition the Court for the right to receive such unclaimed funds.

**IT IS FURTHER ORDERED** that all named Defendants who have executed a Settlement Agreement, or cashed a disbursement check issued by the Clerk of the Court

without executing a Settlement Agreement, are barred and permanently enjoined from commencing, prosecuting, or continuing any and all lawsuits, arbitrations or any other actions against Brookstone, or any of its current and former officers, directors, employees and registered representative, based upon, arising out of, or related to any securities transactions effectuated through, or investment advice received from, any current or former officer, director, employee and registered representative of Brookstone.

**IT IS FURTHER ORDERED** that all named Defendants, and any person who has, or could have intervened in this Action is barred and permanently enjoined from commencing, prosecuting, or continuing any and all lawsuits, arbitrations or any other actions against Endurance based upon, arising out of, related to, or any way involving matters or claims that could have been alleged in the interpleader.

**IT IS FURTHER ORDERED** that upon disbursement of all interpleader funds, this action shall be dismissed, with prejudice.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 25th day of August, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE